■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ADDISON, Appellant. [687 NYS2d 144] —Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered September 25, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The totality of the evidence, including the interplay between defendant and the codefendant and defendant's actions in handing a bag to the codefendant, along with the conversation between the undercover officer and the codefendant, provided ample evidence from which the jury could reasonably infer defendant's participation in a drug selling enterprise. We see no reason to disturb the jury's determinations concerning credibility and identification.

We perceive no abuse of sentencing discretion. Concur—Ellerin, P. J., Sullivan, Lerner and Rubin, JJ.

■ JAMES L. FURLOW, JR., et al., Appellants, v EUGINIA P. BRAEUBRUN, Respondent. [687 NYS2d 144] —Order, Supreme Court, Bronx County (Kenneth Thompson, Jr., J.), entered on or about February 23, 1998, which granted defendant's motion pursuant to CPLR 503 (a) and 511 to change venue from Bronx County to Westchester County, unanimously affirmed, with costs.

Plaintiffs' conclusory affidavits attesting to the Bronx residency of one of them, unsupported by documentation probative of such residency (see, Martinez v Semicevic, 178 AD2d 228), were insufficient to rebut defendant's proof in the form of hospital and motor vehicle records showing that both plaintiffs reside in Westchester County. Accordingly, the grant of defendant's motion to change venue upon the ground that venue, as set by plaintiffs initially on the basis of their alleged Bronx County residency, was improper, was correct. Concur—Ellerin, P. J., Sullivan, Lerner and Rubin, JJ.